# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JULIO BORRELL LAZO,**
**A# 022-798-181,**

    Petitioner,

vs.                                                Case No. 4:17cv585-RH/CAS

**JEFF SESSIONS, et al.,**

    Respondents.
_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 21, 2017. ECF No. 1. Petitioner is a native and citizen of Cuba, ECF No. 1 at 3, who arrived in the United States in 1980 as part of the Mariel Boatlift. *Id.* at 5. Petitioner has been in ICE custody since July 19, 2017, and was previously ordered removed from the United States on March 3, 2008. *Id.* at 4. Petitioner claims ICE has been unable to remove him to Cuba and he seeks release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).

Respondents filed a motion to dismiss the petition as moot. ECF No. 8. Respondents state that Petitioner was released from confinement at the Wakulla County Detention Facility under an order of supervision. *Id.* Attached to the motion is an exhibit revealing Petitioner was released from detention on February 1, 2018. ECF No. 8-1. Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

Additionally, the motion to dismiss contains a certificate of service indicating the document was provided to Petitioner at his address of release, 923 NW 7th Avenue, Miami, Florida 33136. ECF No. 8-1 at 3. The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 923 NW 7th Avenue, Miami, Florida 33136, and his address of record at the Wakulla County Jail.

## REPORT AND RECOMMENDATION

In light of Respondents' showing that Petitioner has been released from detention, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 8, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on March 15, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**